PHIL BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., #130
Las Vegas, NV 89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@thelasvegasdefender.com
*Attorney for Defendant* – SAMAD SALAHI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMAD SALAHI,<br><br>    Defendant. | CASE NO: 2**:**17-CR-00069-001<br><br>**STIPULATION TO RETURN DEFENDANT PASSPORT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, by and through Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Phil Brown, Esq., counsel for Defendant SAMAD SALAHI, that Defendant's passport be released and returned to Defendant.

This Stipulation is entered into for the following reasons:

1) Defendant Samad Salahi was released on bond at the outset of the case but was required to surrender his passport as a condition;

2) Mr. Salahi was discharged from supervised release on October 9, 2019;

1

3) Pre-Trial services will not return Mr. Salahi's passport without a court order.

DATED this 21st day of November, 2019.

NICHOLAS TRUTANICH
Acting United States Attorney

*/s/Philip H. Brown*            */s/ Kimberly Frayn*
PHILIP H. BROWN, ESQ.            KIMBERLY FRAYN
200 Hoover Ave, Suite #130        Assistant United States Attorney
Las Vegas, Nevada 89101
Attorney for the Defendant
Samad Salahi

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SAMAD SALAHI<br><br>Defendants. | CASE NO.: 2:17-CR-00069-001<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## **FINDINGS OF FACT AND CONCUSIONS OF LAW**

Based upon the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds:

1) Defendant Samad Salahi was released on bond at the outset of the case but was required to surrender his passport as a condition;

2) Mr. Salahi was discharged from supervised release on October 9, 2019;

3) Pre-Trial services will not return Mr. Salahi's passport without a court order.

## **ORDER**

IT IS THEREFORE ORDERED that U.S. Pretrial Services release Defendant Samad Salahi's passport to Defendant Samad Salahi.

DATED November 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of Brown Law Offices, Chartered, and is a person of such age and discretion as to be competent to serve papers. That on _____ day of November, 2019, she served an electronic copy of the above and foregoing STIPULATION TO RELEASE DEFENDANT'S PASSPORT by electronic service (ECF) to the person named below:

>NICHOLAS TRUTANICH
>United States Attorney
>
>KIMBERLY FRAYN
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, NV 89101

*/s/ Mary D. Brown*
_____
Employee of Brown Law Offices, Chartered

4